# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| JEFFERY WILLIAM: KLINE,<br><br>PLAINTIFF,<br><br>v.<br><br>ERIC BRANDT, INDIVIDUALLY AND AS<br>AN AGENT FOR RAMSEY COUNTY, THE STATE OF MINNESOTA,<br>AND RAMSEY COUNTY, MINNESOTA ,<br><br>DEFENDANTS. | CIVIL NO. 05-757 MJD/AJB<br><br>**ORDER<br>ON DISMISSAL FOR<br>FAILURE TO PROSECUTE** |

This matter is before the court on a Report and Recommendation from Magistrate Judge Arthur J. Boylan dated March 22, 2006.  There being no objections filed to Magistrate Judge Boylan's Report and Recommendation,

**THE COURT HEREBY ORDERS THAT**

1. Magistrate Judge Boylan's Report and Recommendation is adopted; and

2. This action is dismissed with prejudice for failure to prosecute.

Dated: April 26, 2006

s / Michael J. Davis
Michael J. Davis
United States District Court
