UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

JEFFREY WILLIAM: KLINE

      Plaintiff,

v.                              **ORDER**
                              Civil File No. 05-757 (MJD/AJB)

ERIC BRANDT, INDIVIDUALLY
AND AS AN AGENT FOR RAMSEY
COUNTY, THE STATE OF MINNESOTA,
AND RAMSEY COUNTY, MINNESOTA,

      Defendants.

_____

Jeffrey William: Kline, pro se

_____

      The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Arthur J. Boylan dated March 22, 2006. This Court issued an order on April 26, 2006, finding no objections had been filed, and adopting the Report and Recommendation. However, Plaintiff Jeffrey William: Kline has filed objections to the Report and Recommendation, which were received by the Court on May 15, 2006.

      The objections were due to this Court on April 7, 2006. Local Rule 72.2(b). However, out of an abundance of caution, the Court has conducted a de novo

review of the record.  28 U.S.C. § 636(b)(1); Local Rule 72.2(b).  The objections submitted by Plaintiff do not address the Report and Recommendation or Judge Boylan's directive to show cause as to why the matter should not be dismissed.  Based on that review the Court adopts the Report and Recommendation dated March 22, 2006.

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The Court's April 26, 2006 Order [Docket No. 21] adopting the Magistrate Judge's Report and Recommendation dated January 20, 2006, [Docket No. 20] and dismissing this case without prejudice remains in effect.


Dated: June 15, 2006                                         s / Michael J. Davis
                                                             Judge Michael J. Davis
                                                             United States District Court